■ In the Matter of RUTH G. REICHBART, as Administratrix C.T.A. of the Estate of CLARA T. NICHOLS, Deceased, Respondent. EVELYN LARACK, Appellant.—Order, Surrogate's Court, New York County, entered January 13, 1977, dismissing objections of appellant Evelyn Larack to the account of the administratrix *C.T.A.* in this estate and denying the motion to set aside the decree on accounting in this estate made on January 17, 1972, is unanimously affirmed, without costs and without disbursements. Appellant, herself not a lawyer, has appeared *pro se* in this court and in the Surrogate's Court. It is apparent that she is wholly unfamiliar with the limitations on the jurisdiction of this court and of the Surrogate's Court of New York County, as well as with the binding effect of decrees of the Surrogate's Court and the nature and strength of the showing that must be made to set aside such a decree. Nothing that appellant has adduced comes close to any legally cognizable basis for setting aside the decree of January 17, 1972. Concur—Lupiano, J. P., Silverman, Capozzoli and Lane, JJ.

■ WILLIAM BONACKI, Appellant-Respondent, v JOSEPH J. MEKA, Appellant, and AVIS RENT A CAR SYSTEM, INC., Respondent.—Order and judgment, Supreme Court, New York County, entered on May 12, 1976 and June 17, 1976, respectively, so far as appealed from, unanimously affirmed on the opinion of Ascione, J., without costs and without disbursements. Concur— Kupferman, J. P., Birns, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SMITH, Appellant.—Motion to relieve assigned counsel denied, with leave to renew the motion upon full compliance with the procedures set forth in *People v Saunders* (52 AD2d 833). Concur—Murphy, P. J., Birns, Evans and Capozzoli, JJ.

■ In the Matter of MARK L. BRECKER, Petitioner, v J. HENRY SMITH et al., Respondents.—Motion for an order, pursuant to CPLR 3126, rendering a default judgment against respondents or to reinstate petitioner to his former position, in all respects denied. Concur—Kupferman, J. P., Lupiano, Silverman and Markewich, JJ.